UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RUSSELL RUSSMAN,

    Petitioner,

v.                                                                          CASE NO. 6:08-cv-468-Orl-35GJK

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

_____

**<u>ORDER</u>**

    This case is before the Court on Petitioner's motion for reconsideration of the Court's order denying his petition for writ of habeas corpus, or, in the alternative, to alter or amend judgment. (Doc. No. 23.) The Court has considered Petitioner's arguments and found them to be without merit. First, the Court declines the invitation to alter the limitations statute by reference to purported underlying congressional intent. Secondly, the portion of the jury instruction to which Petitioner cites on this motion speaks of the true owners of the stolen weapon, the Barfields. It does not speak in any way to the Petitioner's having stolen the weapon directly from them. Additionally, the petitioner acknowledges that the information was amended before the opening statements in the trial. As in the initial Petition, Petitioner fails to demonstrate any prejudice due to the amendment.

Concomitantly, he fails to establish a basis for reconsideration of this Court's prior order.

Accordingly, it is **ORDERED** that Petitioner's motion (Doc. No. 23) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida this 28th day of July 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 7/28
Russell Russman
Counsel of Record