UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RUSSELL RUSSMAN,

    Petitioner,

v.                               CASE NO. 6:08-cv-468-Orl-35GJK

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

Petitioner's Request for a Certificate of Appealability (Doc. No. 26) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** in Orlando, Florida, this 27th day of August 2009.

                                                  MARY S. SCRIVEN
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
pslc 8/27
Counsel of Record
Russell Russman